# United States Court of Appeals

*for the*

# Seventh Circuit

———————

Case No. 25-2790

MATTHEW L. STEWART,

*Plaintiff-Appellant,*

− v. −

NISSAN NORTH AMERICA, INC. and
NISSAN MOTOR ACCEPTANCE CORPORATION,

*Defendants-Appellees.*

———————

ON APPEAL FROM AN ORDER ENTERED IN THE NORTHERN
DISTRICT OF ILLINOIS, EASTERN DIVISION IN
CASE NO. 1:22-CV-04734, JORGE L. ALONSO, DISTRICT COURT JUDGE

## SEPARATE APPENDIX OF PLAINTIFF-APPELLANT
Volume 1 of 2 (Pages SA-1 to SA-8)

LISA L. CLAY
LISA L. CLAY ATTORNEY AT LAW, LTD
*Attorney for Plaintiff-Appellant*
2100 Manchester Road, Suite 1603
Wheaton, Illinois 60187
(630) 456-4818
lisa@clayatlaw.com

CP COUNSEL PRESS    (800) 4-APPEAL • (625033)

# TABLE OF CONTENTS

## VOLUME ONE

Camille Dessaw 30(b)(6) Deposition Exhibit 12 (Dkt. No. 120
filed November 15, 2024):

Nissan_001982, 1422, 2296, 1925, 2001, 2594, 1959 (Table of Contents for certain
roles for which Stewart applied)

SA-1 – SA-7


Eric Ledieu Deposition Exhibit 37 (Dkt. No. 124
filed November 15, 2024):

Nissan_004748 (Organization Chart listing Simeon Taskov in the allegedly
"eliminated" 2402 District previously held by Stewart)

SA-8

## VOLUME TWO (SEALED)

Camille Dessaw Deposition Exhibit 10 (Dkt. No. 133
filed November 15 2024 *under seal*):

Nissan_003971-3972 (August 3 2020 email attaching chart of displaced employees)

SA-9 – SA-10


Eric Ledieu 30(b)(6) Deposition Exhibit 14 (Dkt. No 137
filed November 15, 2024 *under seal*):

Nissan_002960 (print of Calibration Excel spreadsheet)

SA-11 – SA-12

Eric Ledieu 30(b)(6) Deposition Exhibit 7 (excerpts) (Dkt. No. 137
filed November 15, 2024 *under seal*):

Nissan_4206, 4217-4222 (January 2020 PowerPoint cover page and regional slides);
Nissan_004240 (Midwest FSM slide from January 2020 Powerpoint reflecting letter
rankings and mobility information)

SA-13 – SA-20

Eric Ledieu 30(b)(6) Deposition Exhibit 8 (excerpts) (Dkt. No. 137
filed November 15, 2024 *under seal*):

Nissan_2768, 2804-2809 (February 21, 2020 email and PowerPoint regional slides);
Nissan_002791 (Changing Structure – Detail Slide); Nissan_002795 (Midwest FSM
slide from February 2020 PowerPoint reflecting letter rankings and mobility
information)

SA-21 – SA-29

Eric Ledieu 30(b)(6) Deposition Exhibit 9 (Dkt. No. 137
filed November 15, 2024 *under seal*):

Nissan_004178 (print of "FSM," "AOM," and "Key" tabs to Excel spreadsheet)

SA-30 – SA-33

Eric Ledieu 30(b)(6) Deposition Exhibit 10 (excerpts) (Dkt. No. 137
filed November 15, 2024 *under seal*):

Nissan_3346, 3347, 3366-3371(March 24, 2020 email, PowerPoint cover page and
regional slides); Nissan_003351 ("Financial Impact" slide (numbers drawn from
Nissan_004432 (Ledieu 30(b)(6) Dep. Ex. 11) fourth tab)); Nissan_003353 and 3354
("Team Impact" and "Changing Structure – Detail" slides)

SA-34 – SA-44

Eric Ledieu 30(b)(6) Deposition Exhibit 11 (Dkt. No. 137
filed November 15, 2024 *under seal*):

Nissan_004432 (first tab "Scenario" of Excel spreadsheet); Nissan_004432 (fourth
tab "Inside Sales Payback 5 years" of Excel spreadsheet)

SA-45 – SA-46

Eric Ledieu 30(b)(6) Deposition Exhibit 12 (excerpts) (Dkt. No. 137
filed November 15, 2024 *under seal*):

Nissan_003982, 3983, 4022-4027 (July 9, 2020 email, PowerPoint cover page and
regional slides)

SA-47 – SA-54

# Table of Contents

R00064314 - Planner, Recalls & Campaigns

| Candidate Name | Candidate ID | Attachments |
|---|---|---|
| 1. James Penn | C00001980 | 📎 |
| 2. William Spencer | C00026959 | 📎 |
| 3. Matthew Stewart | C00269664 | 📎 |
| 4. James Pugh | C00000322 | 📎 |
| 5. Mike Sampler | C00044354 | 📎 |

**EXHIBIT**

**Prev. 12**

CONFIDENTIAL

Nissan_001982

SA-1

# Table of Contents

R00064661 - Senior Planner, Client Journey Technology-INFINITI

| Candidate Name | Candidate ID | Attachments |
|---|---|---|
| 1. Lynette Bunnell | C00008883 | 📎 |
| 2. Dimetric Johnson | C00035879 | 📎 |
| 3. Robine Moore | C00036887 | 📎 |
| 4. Alvaro Mendoza | C00061953 | 📎 |
| 5. Matthew Stewart | C00269664 | 📎 |
| 6. Bradley Field | C00169687 | 📎 |
| 7. ANDREW SCOTT | C00072054 | 📎 |
| 8. Nicholas Sparacino | C00269320 | 📎 |

CONFIDENTIAL

Nissan_001422

SA-2

# Table of Contents

R00062808 - Consumer Credit Manager

| Candidate Name | Candidate ID | Attachments |
|---|---|---|
| 1. Adam Sanchez | C00003193 | 📎 |
| 2. Matthew Stewart | C00269664 | 📎 |
| 3. Jennifer Rowlett | C00136206 | 📎 |
| 4. Allison Jank | C00005239 | 📎 |
| 5. April Wiley | C00153325 | 📎 |
| 6. Chip Myrick | C00037743 | 📎 |
| 7. James Flint | C00000151 | 📎 |
| 8. Rick O'Bryant | C00002514 | 📎 |
| 9. Greg Altherr | C00001007 | 📎 |
| 10. John King | C00013519 | 📎 |
| 11. Mark Schlueter | C00204319 | 📎 |

CONFIDENTIAL

Nissan_002296

SA-3

# Table of Contents

R00062989 - Commercial Sales Manager-Nevada, Utah, New Mexico, Colorado, Arizona,

| Candidate Name | Candidate ID | Attachments |
|---|---|---|
| 1. Cesar Carrion | C00039183 | 📎 |
| 2. John Rock | C00001326 | 📎 |
| 3. Valerie Kornahrens | C00013239 | 📎 |
| 4. Matthew Stewart | C00269664 | 📎 |
| 5. Brian Zelis | C00013595 | 📎 |
| 6. Thomas Muse | C00004161 | 📎 |
| 7. Dennis Renton | C00037782 | 📎 |
| 8. Bradley Field | C00169687 | 📎 |
| 9. Greg Altherr | C00001007 | 📎 |

CONFIDENTIAL

SA-4

# Table of Contents

R00064315 - Sr Planner- Campaign Acceleration & Special Projects

| Candidate Name | Candidate ID | Attachments |
| --- | --- | --- |
| 1. Chuck Searles | C00266488 | 📎 |
| 2. Matthew Stewart | C00269664 | 📎 |
| 3. Thomas Muse | C00004161 | 📎 |
| 4. Yolanda Walker | C00027039 | 📎 |

CONFIDENTIAL

Nissan_002001

SA-5

# Table of Contents

R00062805 - Upstream Remarketing Sales Manager

| Candidate Name | Candidate ID | Attachments |
|---|---|---|
| 1. Damian Herd | C00272834 | 📎 |
| 2. Sarah Johnson | C00128226 | 📎 |
| 3. Fredy Ferman | C00205208 | 📎 |
| 4. Matthew Stewart | C00269664 | 📎 |
| 5. Rick O'Bryant | C00002514 | 📎 |
| 6. Bradley Field | C00169687 | 📎 |
| 7. James Flint | C00000151 | 📎 |
| 8. Kelly Carlson | C00069850 | 📎 |
| 9. Greg Altherr | C00001007 | 📎 |

CONFIDENTIAL

Nissan_002594

SA-6

# Table of Contents

R00063388 - Commercial Sales Manager - Louisiana, Mississippi, Alabama

| Candidate Name | Candidate ID | Attachments |
|---|---|---|
| 1. Matthew Stewart | C00269664 | 📎 |
| 2. Scott Bush | C00275159 | 📎 |
| 3. Chris Elliott | C00269177 | 📎 |
| 4. Rachel Lee | C00001626 | 📎 |
| 5. Brad Boland | C00273453 | 📎 |
| 6. Valerie Kornahrens | C00013239 | 📎 |
| 7. Michael Turner | C00081757 | 📎 |
| 8. Alvaro Mendoza | C00061953 | 📎 |
| 9. John Rock | C00001326 | 📎 |
| 10. Thomas Muse | C00004161 | 📎 |

CONFIDENTIAL

Nissan_001959

SA-7



CONFIDENTIAL

EXHIBIT

37

SDW
May 24, 2021

Nissan_004748