# LISA L. CLAY, ATTORNEY AT LAW

**2100 MANCHESTER ROAD**
**SUITE 1603**
**WHEATON, IL 60187**

**630.456.4818**
**LISA@CLAYATLAW.COM**
**WWW.CLAYATLAW.COM**

May 13, 2026             **VIA ECF FILING**

Christopher G. Conway, Clerk of Court
Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

Re:   *Matthew Stewart v. Nissan North America and Nissan Motor Acceptance Corporation*
    Case No. 25-2790
    Oral Argument Availability

Dear Clerk:

As requested in Docket Entry No. 23 in the above-referenced matter, counsel for the parties advise that the parties are not available for oral argument on the following 2026 argument dates:

August 4
August 5
September 23
September 24
December 7 - 11

Sincerely,

/s/ Lisa L. Clay

cc:   Amanda Hibbler (via ECF Service)
    Shannon M. Foley (via email)
    Jeff Kopp (via email)